No. 77–1487. WOODY v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 77–6147. WILLIAMS v. DELAWARE. Sup. Ct. Del. Certiorari denied. 

No. 77–6156. FAISON v. MITCHELL, WARDEN. C. A. 4th Cir. Certiorari denied. 

No. 77–6158. STEWART ET AL. v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 77–6170. NAPOLES v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 77–6194. PIPES v. RONALD A. COCO, INC., ET AL. C. A. 5th Cir. Certiorari denied. 

No. 77–6208. COZZA v. DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE. C. A. 2d Cir. Certiorari denied.

No. 77–6235. BRETZ v. CRIST, WARDEN. Sup. Ct. Mont. Certiorari denied. 

No. 77–6250. SMITH v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied. 

No. 77–6268. TEEMAN v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 77–6303. BANKS ET AL. v. UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ET AL. C. A. 8th Cir. Certiorari denied. 

No. 77–6304. JONES v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 77–6308. NIXON v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 77–6318. WOLGEMUTH v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.